**Mario CASTILLO, Petitioner–Appellant,**

v.

**MENDOZA–POWERS, Warden, Respondent–Appellee.**

**No. 08–17168.**

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 6, 2010.

Mario Castillo, Avenal, CA, pro se.

Amy Daniel, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

---

** This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

## MEMORANDUM **

California state prisoner Mario Castillo appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253,[1] and we affirm.

The State's argument that California inmates do not have a due process liberty interest in parole is foreclosed by *Hayward v. Marshall*, 603 F.3d 546, 561–63 (9th Cir.2010) (en banc).

The state court did not unreasonably conclude that some evidence supports the California Board of Parole Hearings' 2006 decision to deny Castillo parole because the most recent psychological evaluation indicated that without further treatment and education, Castillo posed a substantial risk to the community. *See* 28 U.S.C. § 2254(d); *Hayward*, 603 F.3d at 563.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. We certify for appeal, on our own motion, the issue of whether the California Board of Parole Hearings' 2006 decision to deny parole violated due process.